# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Pablo Martinez | DOCKET NO. |
| DOB: xx/xx/1988; U.S. Citizen | MAGISTRATE'S CASE NO.<br>**19-06522 MJ** |

**Complaint for violation of Title 18 United States Code § 1111**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 26, 2019, at or near Tucson, within Indian Country, on the Pascua Yaqui Indian Reservation, as defined in 18 U.S.C. 1151, a federally recognized Indian Tribe of the United States, in the District of Arizona, the defendant PABLO MARTINEZ, with malice aforethought and premeditation, unlawfully killed 6 year old G.B., an Indian, all in violation of Title 18 United States Code Section 1111 and 1152.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 26th, 2019 at approximately 1637 hours the Pascua Yaqui Police Department ("PYPD") and the Pascua Yaqui Fire Department ("PYFD") responded to 7559 South Yoem Bo Oh on the PYIR in reference to a child burn. PYFD arrived on scene and immediately began rendering medical attention to a six ("6") year old child, later identified as G.B. Upon arrival PYPD observed a male, later identified at Pablo MARTINEZ ("MARTINEZ"), and a female, later identified as Romelia MARTINEZ ("ROMELIA"), standing outside of the residence. PYPD asked what had occurred, and ROMELIA stated something to the effect of "He can tell you." PYPD asked MARTINEZ what had occurred, and he told the PYPD that they would not understand, and that they (the PYPD) were not in the right mindset or belief. PYPD continued to ask what had happened, and MARTINEZ turned around, placed his hands into the air and said something to the effect of "I did it." PYPD told MARTINEZ to turn around and speak with them, so that they could assist the child. MARTINEZ told the PYPD that the G.B. was demonic, had a demon inside of him, and that he needed to save him. MARTINEZ told the PYPD that he poured hot water down G.B.'s throat. ROMELIA also stated that G.B. had been acting demonic.
*Continued on Page 2.*

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA Jesse Figueroa | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Special Agent Nathan Wood, FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>September 27, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

PYPD requested to conduct a protective sweep of the residence, at which point ROMELIA unlocked the door. Upon completing a protective sweep, PYPD did not locate any additional individuals. PYPD exited the residence and secured the scene.

G.B. was transported by the PYFD to Banner University Medical Center ("UMC") in Tucson, Arizona. Medical Staff at BUMC pronounced G.B. deceased at approximately 1737 hours. Medical Staff advised that G.B. had burns over approximately 15 percent of his body. The Federal Bureau of Investigation ("FBI") responded to UMC and observed what appeared to be burns to the forearms, elbows, and head of G.B.

Law Enforcement spoke with the PYFD, who advised that upon arrival, G.B. was located in a back bedroom, on top of a bed, propped up on a pillow. PYFD observed G.B. to be completely naked, and did not appear to be breathing. PYFD wrapped G.B. in a towel and placed him into an ambulance. PYFD later transported G.B. to UMC.

The FBI responded to the scene and spoke with Maria Olguin ("Olguin"). Olguin advised that ROMELIA is the adopted mother of G.B., and Gema Garcia ("Garcia") is the biological mother of G.B.

PYPD spoke with the Pascua Yaqui Enrollment who advised that both ROMELIA and Garcia are enrolled members of the PYIR. MARTINEZ is not an enrolled member of the PYIR.

PYPD and FBI spoke with Romelia, post Miranda, who stated that MARTINEZ had offered to bath the children, T.B. and G.B. At one point during the bath, T.B. exited the bathroom. Romelia advised that at this point she heard a gurgling sound coming from the bathroom. Romelia found the bathroom door locked, at which point she stated she unlocked the door and observed MARTINEZ to be holding G.B. down under the faucet in the bath tub. Romelia advised that she screamed at MARTINEZ several times to stop, at which point MARTINEZ told her that "he had to do it". Romelia stated that she retrieved her telephone and contacted 911, at this point she observed MARTINEZ attempt to do cardio pulmonary resuscitation ("CPR") and pour cold water on G.B.

PYPD and FBI spoke with MARTINEZ, post Miranda, who stated that within the last week he had noticed that his son G.B. had a demon inside of him. MARTINEZ offered to give the children a bath. While giving G.B. and T.B. a bath, MARTINEZ stated that he saw something evil in G.B., and knew that he had to cast the demon out. MARTINEZ observed G.B. to have an unnatural fit of rage. MARTINEZ stated that at this point, he held G.B.'s head under the faucet in the bathtub. MARTINEZ stated that the water was pouring into G.B.'s mouth. MARTINEZ noticed that the hot water was casting out the demon. MARTINEZ estimated that G.B. was under water for five ("5") to ten ("10") minutes. MARTINEZ said that T.B. was in the bathtub while this was occurring, and left at some point crying. MARTINEZ said that at this point, Romelia entered the bathroom. MARTINEZ stated that Romelia attempted to call the pastor, who did not answer. MARTINEZ believed that at this point she called 911. MARTINEZ stated that he attempted CPR, and observed water coming out of G.B.'s mouth.